```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/25/2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
WILFREDO ROBLES, *et al.*,                :
                                          :
              Plaintiffs,          :
                                          :   12 Civ. 2076 (KPF)
    -v-                                  :
                                          :   ORDER
SIMPSON 911 REALTY, LLC, *et al.*,        :
                                          :
              Defendants.          :
------------------------------------------------------------------------X

KATHERINE POLK FAILLA, United States District Judge:

      The Court is in receipt of the parties' letter dated November 17, 2013.  Having reviewed said letter and the file in this case, including the procedural history and current procedural posture, it is hereby ORDERED that judicial approval is necessary for any stipulation of settlement or dismissal to be entered in this case.

      SO ORDERED.

Dated:  November 25, 2013
          New York, New York

                                                      _____
                                                       KATHERINE POLK FAILLA
                                                      United States District Judge